Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Appointed Counsel for RYAN C. BUNDY

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>RYAN C. BUNDY<br>      Defendants. | CASE NO.: 18-10287<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    COMES NOW, MAYSOUN FLETCHER, with The Fletcher Firm, P.C., Counsel of Record for RYAN C. BUNDY, and hereby moves to withdraw as counsel. This Motion is based upon the Points and Authorities contained herein.

    Dated this 16th day of August, 2018.

                                                      By: */s/ Maysoun Fletcher*
                                                           Maysoun Fletcher, Esq.
                                                           Bar Number 10041
                                                          The Fletcher Firm, P.C.
                                                          5510 South Fort Apache Rd.
                                                          Las Vegas, Nevada 89148
                                                          (702) 835-1542
                                                          Counsel of Record for Defendant
                                                            RYAN C. BUNDY

**MEMORANDUM OF POINTS AND AUTHORITIES**

Maysoun A. Fletcher seeks leave of Court to withdraw as counsel of record for RYAN C. BUNDY. Mrs. Fletcher was appointed during Mr. Bundy's trial as Criminal Justice Act ("CJA") Standby Counsel, but Mr. Bundy successfully represented himself through the entire duration of trial. Moreover, Mrs. Fletcher is not currently a member of the CJA Appellate Panel.

Further, Mr. Bundy wants to continue to represent himself and does not want Mrs. Fletcher identified as his attorney of record. Based upon Mr. Bundy's position, it is impossible for Mrs. Fletcher to properly represent Mr. Bundy. Therefore, Mrs. Fletcher hereby seeks this Court's authority to withdraw as counsel of record.

**I. GOVERNING LAW AND LEGAL ARGUMENTS**

Ninth Circuit Rule 4-1 provides that counsel appointed in the district court pursuant to the CJA shall continue as counsel on appeal unless and until relieved by the Ninth Circuit. "An attorney may not, in the absence of the client's consent, withdraw from a case without justifiable cause." Lovvorn v. Johnston, 118 F.2d 704, 706 (9th Cir. 1941). Where a court compels one charged with a serious crime to undergo a trail "with the assistance of an attorney with whom he has become embroiled in [an] irreconcilable conflict," he is deprived of "effective assistance of any counsel whatsoever." Daniels v. Woodford, 428 F.3d 1181, 1197 (9th Cir. 2005) (citing Brown v. Craven, 424 F.2d 1166, 1170 (9th Cir. 1970)).

Here, Mr. Bundy successfully represented himself in trial and wants to continue to represent himself. Mrs. Fletcher is not able to properly represent Mr. Bundy under these circumstances and, therefore, moves to withdraw from the instant case. Notice of the instant motion has been served on opposing counsel and upon Mr. Bundy.

/ / /

/ / /

/ / /

/ / /

**II. CONCLUSION**

For the reasons stated above, Maysoun A. Fletcher, Esq., respectfully moves this Honorable Court to withdraw as counsel of record.

Dated this 16th day of August, 2018.

By: */s/ Maysoun Fletcher*
Maysoun Fletcher, Esq.
Bar Number 10041
Attorney of Record for
RYAN C. BUNDY

**DECLARATION OF MAYSOUN A. FLETCHER, ESQ.**

I, Maysoun A. Fletcher, do hereby declare and swear that the following is true and correct and of y personal knowledge and that if called upon to testify, could and would testify truthfully that:

1. I am the attorney of record for Defendant, RYAN C. BUNDY, in the instant matter and am licensed to practice law in the State of Nevada.
2. In the trial court, I was appointed as CJA Standby Counsel for Mr. Bundy.
3. I am not currently a member of the CJA Appellate Panel.
4. Mr. Bundy successfully represented himself through the entire duration of trial and he desires to continue to represent himself and does not want Mrs. Fletcher listed as his attorney of record.
5. Based upon Mr. Bundy's position, it is impossible for Mrs. Fletcher to properly represent him as counsel of record.

Dated this 16th day of August, 2018.

*/s/ Maysoun Fletcher*
Maysoun A. Fletcher, Esq.

4

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 16, 2018. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Ryan C. Bundy
Post Office Suite 7447
Bunkerville, Nevada 89007

*/S/ Maysoun Fletcher*
An Employee of The Fletcher Firm, PC