DAYLE ELIESON
United States Attorney
ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
*Attorneys for the United States*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | C.A. No. 18-10287 |
| ) | |
| Plaintiff-Appellant, ) | D. Ct. No. |
| ) | 2:16-cr-46-GMN |
| v. ) | |
| ) | Government's |
| CLIVEN D. BUNDY et al., ) | Notice of Service |
| ) | |
| Defendants-Appellees. ) | |
| ) | |

THE UNITED STATES, by and through undersigned counsel, responds to the Court's August 30, 2018, order.

On August 30, 2018, this Court issued an order in the above-captioned case. The Court directed undersigned counsel, within 14 days, to serve a copy of the order on appellee Ryan Bundy and provide proof of such service to this Court, including appellee's registration number and current address. The

district court dismissed the indictment against Mr. Bundy, and thus he does not have a Bureau of Prisons registration number.

Throughout the prosecution of this case, the government has served Mr. Bundy via email, at his request. On August 30, 2018, undersigned counsel sent a copy of the Order to Mr. Bundy via email at c4cfforall@gmail.com. *See* Exh. 1. Undersigned counsel asked Mr. Bundy for a current mailing address so she could provide it to this Court, but has received no response.

Mr. Bundy did provide a mailing address to the government in January 2018. While undersigned counsel does not know whether that address is still current, on September 13, 2018, undersigned counsel also sent a copy of the Court's order to him at the following address:

> Mr. Ryan Bundy
> Post Office Box 7447
> Bunkerville, Nevada 89007

Dated this 13th day of September, 2018

                                       Respectfully submitted,

                                       DAYLE ELIESON
                                       United States Attorney

                                       *s/ Elizabeth O. White*
                                       ELIZABETH O. WHITE
                                       Appellate Chief and
                                       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Elizabeth O. White, certify that the following individual was served on this date via first-class, post-paid U.S. mail:

    Mr. Ryan Bundy
    Post Office Box 7447
    Bunkerville, Nevada  89007

Dated this 13th day of September, 2018

                                       *s/ Elizabeth O. White*
                                       ELIZABETH O. WHITE
                                       Appellate Chief and
                                       Assistant United States Attorney